IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re KEVIN GUNN, P-78894,<br><br>Plaintiff.<br>_____ | No. C 11-3558 CRB (PR)<br><br>ORDER OF DISMISSAL |

On July 20, 2011, the clerk filed as a new action a letter by plaintiff alleging various wrongdoing at Chuckawalla Valley State Prison (CVSP).  On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

Plaintiff has filed a response explaining that he did not intend to file a new action, but rather to mail a letter to Judge Henderson, who is overseeing several prison class actions, for "documentation purposes only."  Good cause appearing, the case is DISMISSED without prejudice.

The clerk is instructed to close this matter as improvidently opened.  No filing fee is due.

SO ORDERED.

DATED:  Aug. 18, 2011     _____

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Gunn, K1.dismiss.wpd